IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

JASON R YERK   Case No.9:09-bk-01818-FMD

Debtor.

_____/

## APPLICATION FOR COMPENSATION BY SPECIAL COUNSEL FOR TRUSTEE

TO: HONORABLE CARYL E. DELANO

The Applicant, Jose Font, Esq., acting on behalf of the Law Firm of Vernis and Bowling of Broward, P.A., files this Application for Compensation as Counsel for the Trustee and respectfully represents the following to the Court:

1. The Court entered an Order authorizing the Trustee to employ special counsel, Jose P. Font, Esq. with the Law Firm of Vernis and Bowling of Broward, to assist him in the legal matters involved in the administration of the estate and pursuant to the Court's Order the Trustee employed the undersigned as Special Counsel.

2. Special counsel assisted the Trustee in the prosecution of a breach of contract suit that resulted in a favorable judgment. See Exhibit A. Special counsel accepted the matter based upon a contingency fee of forty percent of the total recovery. See Exhibit B.

3. The Trustee has filed a Motion to Compromise and settle the claim for $107,000.00. See Exhibit C. Special counsel is due the sum of $42,800.00 pursuant to the 40% contingency fee arrangement and per the retainer agreement seeks costs of $34,644.88 which were expended in the prosecution of the action. See Exhibit D.

4. Trustee has $107,000.00 on hand in the estate account and has no objection to the compensation requested herein.

WHEREFORE the undersigned requests that the Court enter an Order awarding the foregoing compensation to special counsel for the Trustee.

_____
Jose Font, Esquire

*Certificate of Service*

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant United States Trustee and Gregory Champeau and by regular U.S. Mail to Jason Yerk, 4009 SE 9th Ct., Cape Coral, FL 33904 and People for the Ethical Treatment of Animals (PETA), c/o Philip Jay Hirschkop, 1101 King St., #610, Alexandria, VA 22314 this 6th day of February 2013.

                                      /s/ Robert E. Tardif Jr.
                                      Robert E. Tardif Jr., Trustee
                                      P.O. Box 2140
                                      Ft. Myers, FL 33902
                                      Telephone: 239/362-2755
                                      rtardif@comcast.net

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT E. TARDIF, JR., as Trustee for Jason
Yerk,

                Plaintiff,

-vs-                                                Case No. 2:09-cv-537-FtM-29SPC

PEOPLE for the ETHICAL TREATMENT of
ANIMALS, a Virginia not-for-profit corporation,

                Defendant.

## AMENDED JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on February 2, 2012.

### IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of plaintiff as to Count IV of the Complaint in the amount of $155,000 for wages and benefits to the date of trial, and no other damages.

Judgment is entered in favor of defendant as to Count I of the Complaint, and plaintiff shall take nothing on this count.

Judgment is entered in favor of defendant as to Count II of the Complaint, and plaintiff shall take nothing on this count.

Judgment is entered in favor of defendant as to Count III of the Complaint, and plaintiff shall take nothing on this count.

Judgment is entered in favor of defendant as to Count V of the Complaint, which was dismissed on January 25, 2012 on plaintiff's oral motion.

Judgment is entered in favor of defendant as to Count VI of the Complaint, pursuant to the Court's prior Opinion and Order (Doc. #179) granting summary judgment in favor of defendant.

Judgment is entered in favor of defendant as to Count VII of the Complaint pursuant to plaintiff's decision not to pursue this count (Doc. #179).


EXHIBIT A

-2-

Judgment is entered in favor of defendant as to Count VIII of the Complaint pursuant to the Court's prior Opinion and Order (Doc. #179) granting summary judgment in favor of defendant.

Costs in the amount of $7,296.05 are taxed against the defendant.

Plaintiff may enforce and execute on this Amended Judgment to the extent necessary to pay all claims allowed in Bankruptcy Court Case No. 9:09-bk-01818-ALP in their entirety, the costs of the administration of the Chapter 7 proceedings, and reasonable attorney fees expended by the Trustee to obtain the judgment against People for the Ethical Treatment of Animals in the instant case, all as approved by the Bankruptcy Court. If there is any excess amount left under the Amended Judgment, Trustee may not enforce or execute on that portion of the Amended Judgment and the excess amount may not be collected on behalf of or disbursed to Jason Yerk.

.

Date:   September 14, 2012

SHERYL L. LOESCH, CLERK

By: /s/ Brenda M. Alexander, Deputy Clerk

c: All parties and counsel of record

## AUTHORITY TO REPRESENT

I, Robert E. Tardif, Jr.(" Client" or "Trustee"), in my capacity as a trustee for the bankruptcy estate of Jason Yerk ("Estate"), do hereby retain and employ Jose P. Font, Esq., of the law firm of VERNIS & BOWLING OF BROWARD, P.A., as the Trustee's "Attorney(s)" to represent the Trustee's claim for damages against People for the Ethical Treatment of Animals (PETA), or any other person, firm, or corporation liable therefor, resulting from the incidents that occurred involving Jason Yerk on or about November of 2008.

This employment is on a contingent fee basis. If no recovery is made, no fees will be owed. If a recovery is made, all attorneys fees are payable at the time of closing.

## FEES AND COSTS

As compensation for services, Trustee agree to pay said Attorneys, from the gross proceeds of recovery, the higher of such fee as is determined to be a reasonable fee pursuant to any statute or decisional authority which does or may provide for recovery of a "reasonable attorneys' fee" or such fee as is calculated upon the following contingency fee formula:

I.    Through the time of filing of an answer or the demand for appointment of arbitrators - 30 % of any recovery up to $1 million.

      33 1/3% of any portion of the recovery between $1 and $2 million; plus

      20% of any portion of the recovery exceeding $2 million.

II.    From the time of filing answer or the demand for appointment of arbitrators through the entry of judgment.

      40% of any recover up to $1 million; plus


EXHIBIT B

    30% of any portion of the recovery between $1 and $2 million; plus

    20% of any portion of the recovery exceeding $2 million.

III. If all defendants admit liability at the time of filing their answers and request a trial only on the amount of damages:

    33 1/3 % of any recovery up to $1 million; plus

    20% of any portion of the recovery between $1 and $2 million; plus

    15% of any portion of the recovery for any amount exceeding $2 million.

IV. An additional 5% of any recovery after notice of appeal is filed or post-judgment relief or action is required for recovery on the judgment.

It is agreed and understood that this employment is upon a contingent fee basis, and if no recovery is made, Trustee will not be indebted to said Attorneys for any sum whatsoever as Attorney's fees, however, the Estate would remain responsible for any and all reasonably incurred expenses. It is also further agreed and understood that any recovery will be reduced by these out-of-pocket expenses reasonably incurred by my Attorneys in connection with the claim and/or lawsuit.

During the course of litigation, Attorneys may advance costs and expenses on Trustee's behalf. Attorneys will be entitled to reimbursement for any costs or expenses advanced on Trustee's behalf. *if the bankruptcy estate has money to reimburse such costs. Trustee is not personally liable to pay* [handwritten insertion, initialed]

If Attorneys determine that Trustee's claim should not be prosecuted, they may notify Trustee of this decision and withdraw as Attorneys for all claims and Trustee shall owe them no fee for legal services.

If Trustee discharges Attorney without good cause, Trustee will be responsible to Attorneys for reasonable Attorney's fees for work performed.

## CLIENT COOPERATION

Trustee further agrees to keep our Attorneys and Law Firm advised of any change in address and to fully cooperate in the investigation and preparation of the case; and to appear on reasonable notice for all conferences, depositions, appointments and court appearances, and to comply with legal requests made by our Attorneys or authorized representatives of said Firms, in connection with our case.

## STATEMENT OF CLIENT'S RIGHTS

The undersigned Client has, before signing this contract, received and read THE STATEMENT OF CLIENT'S RIGHTS, and understand each of the rights set forth therein. The undersigned Client has signed the statement and received a signed copy to keep and refer to while being represented by the undersigned Attorneys.

## CANCELLATION BY CLIENT WITHIN THREE BUSINESS DAYS

This contract may be canceled by written notification to the Attorneys at any time within three (3) business days of the date the contract was signed, as shown below, and if canceled, the Client shall not be obligated to pay any fees to the Attorneys for the work performed during that time. If the Attorneys have advanced funds to others in representation of the Client, the Attorneys are entitled to be reimbursed for such amounts as they have

reasonably advanced on behalf of the client.

DATED at _Fort Myers_, Florida, this _4th_ day of _September_, 2010.

The above employment is accepted upon the terms stated herein.

_____
ROBERT E. TARDIF JR. as trustee for the
bankruptcy Estate of Jason Yerk.

VERNIS & BOWLING OF BROWARD, P.A.
5821 Hollywood Boulevard
First Floor
Hollywood, FL 33021
Tel: (954) 927-5330; Fax: (954) 927-5320

BY_____
    JOSEP. FONT, ESQ.

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

JASON R YERK                                    Case No. 9:09-bk-01818-FMD

Debtor.
_____/

## MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSY

Pursuant to Rule 9019(a), Federal Rules of Bankruptcy Procedure, notice is hereby given that the Trustee will compromise any and all claims that the estate may have against People for the Ethical Treatment of Animals (PETA) that were the subject matter of Middle District of Florida Case No. 2:09-cv-00537 and Eastern District of Virginia Case No. 1:11-mc-00044.

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 and serve a copy on ROBERT E. TARDIF JR., Post Office Box 2140, Fort Myers, Florida, 33902, and a copy on the Office of the United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

---

### NATURE OF CONTROVERSY & TERMS OF COMPROMISE

The Trustee continued the Florida litigation against PETA alleging, among other causes of action, breach of contract. A trial was held and the jury awarded the Trustee judgment in the amount of $155,000.00 and the Court taxed costs of $7,296.05. PETA obtained an order in the Virginia case awarding PETA $9,545.00 in attorney's fees based upon discovery attempted by the Trustee. PETA appealed the judgment, which is currently pending before the Eleventh Circuit Court of Appeals. PETA has vigorously contested the claims made in the Florida case and denies any liability or wrongdoing with respect to the claims. In settlement of all matters, PETA will pay the sum of $107,000.00 to the Trustee within 10 days of the Court's entry of an Order approving this compromise. Both parties shall satisfy the judgment/order that has been entered by the respective courts.

### REASON FOR COMPROMISE

This compromise is in the best interest of the estate and will save the estate from an unnecessary, and possibly unproductive, expenditure of legal fees and costs and is in the best interest of the creditors of the estate. In the absence of approval the Trustee believes that protracted litigation will continue and there is the possibility that the judgment entered could be reversed on appeal.



Dated this January 31, 2013.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
P.O. Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756
Email: rtardif@comcast.net

Copies mailed as follows:

Robert E. Tardif Jr., Trustee, Post Office Box 2140, Fort Myers, FL 33902
Assistant United States Trustee (electronically)
People for the Ethical Treatment of Animals (PETA), c/o Philip Jay Hirschkop,
    1101 King Street, Suite 610, Alexandria, VA 22314
Jason R Yerk, 4009 SE 9th Court, Cape Coral FL 33904
Gregory A. Champeau (electronically)
All Creditors and Parties of Interest

```
Label Matrix for local noticing        Caryl E. Delano                         M & T Bank
113A-9                                  Tampa                                   c/o Brad Hissing, Esq.
Case 9:09-bk-01818-FMD                  , FL                                    P. O. Box 800
Middle District of Florida                                                      Tampa, FL 33601-0800
Ft. Myers
Thu Jan 31 09:25:00 EST 2013

Jason R Yerk                            eCAST Settlement Corporation            Asset Acceptance LLC/Assignee Providian
4009 SE 9th Court                       PO Box 35480                            PO Box 2036
Cape Coral, FL 33904-5216               Newark, NJ 07193-5480                   Warren MI 48090-2036


Asset Acceptance, LLC                   (p)BB AND T                             Bank of America
assignee PROVIDIAN                      PO BOX 1847                             PO Box 15726
PO Box 2036                             WILSON NC 27894-1847                    Wilmington, DE 19886-5726
Warren, MI 48090-2036


Capital One Bank                        Department of Revenue                   (p)INTERNAL REVENUE SERVICE
PO Box 70884                            PO Box 6668                             CENTRALIZED INSOLVENCY OPERATIONS
Charlotte, NC 28272-0884                Tallahassee FL 32314-6668               PO BOX 7346
                                                                                PHILADELPHIA PA 19101-7346


M & T Credit Services, LLC              (p)M&T BANK                             Office of US Attorney
PO Box 62085                            LEGAL DOCUMENT PROCESSING               Attn Civil Process Clerk
Baltimore, MD 21264-2085                1100 WHERLE DRIVE                       400 North Tampa St Suite 3200
                                        WILLIAMSVILLE NY 14221-7748             Tampa FL 33602-4774


Office of the Sheriff                   PRA Receivables Management, LLC         Polaris Retail Services/HSBC
County of Lee                           As Agent Of Portfolio Recovery Assocs.  Dept. 7680
14750 Six Mile Cypress Pkwy.            POB 41067                               Carol Stream, IL 60116-7680
Fort Myers, FL 33912-4406               NORFOLK VA 23541-1067


Rossman Realty Group                    Roundup Funding, LLC                    Sams Club Credit
1104 SE 46 Ln, Suite 2                  MS 550                                  PO Box 530942
Cape Coral, FL 33904-8882               PO Box 91121                            Atlanta, GA 30353-0942
                                        Seattle, WA 98111-9221


Sheffield Financial LLC                 Suntrust Bank                           Suntrust Bank
PO Box 890012                           Attn: Support Services                  Consumer Loan Payments
Charlotte, NC 28289-0012                P.O Box 85092                           PO Box 79144
                                        Richmond, VA 23286-0001                 Baltimore, MD 21279-1144


eCAST Settlement Corp                   eCAST Settlement Corporation assignee of Cap   Robert E Tardif Jr.+
Assignee of HSBC Bank Nevada            One Bank                                Trustee
Bass & Associates, P.C.                 POB 35480                               Post Office Box 2140
3936 E. Ft. Lowell Rd., Suite 200       Newark NJ 07193-5480                    Fort Myers, FL 33902-2140
Tucson, AZ 85712-1083


Brad W. Hissing +                       Richard J. Hollander +                  United States Trustee - FTM7 7+
Kass Shuler Solomon Spector Foyle et al Miller & Hollander                      Timberlake Annex, Suite 1200
PO Box 800                              2430 Shadowlawn Drive, Ste. 18          501 E Polk Street
Tampa, FL 33601-0800                    Naples, FL 34112-4801                   Tampa, FL 33602-3949
```

Gilbert Barnett Weisman +
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| BB&T Bankruptcy | Internal Revenue Service | (d)Internal Revenue Service |
| PO Box 1847 | P.O. Box 21126 | PO box 21126 |
| Wilson, NC 27894-1847 | Philadelphia, PA 19114 | Philadelphia, PA 19114 |

M&T Bank
1100 Wehrle Drive
Williamsville, NY 14221

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Suntrust Bank, N.A. | (d)eCAST Settlement Corporation | End of Label Matrix |
| | POB 35480 | Mailable recipients   30 |
| | Newark NJ 07193-5480 | Bypassed recipients    2 |
| | | Total                 32 |

# VERNIS & BOWLING OF BROWARD, P. A.
884 U.S. Highway One
North Palm Beach, FL  33408
Phone:  561-775-9822  ~  Fax:  561-775-9821
Tax I. D. #01-0669552

DATE: 11/27/12
REFERENCE NO. 151013

Jason Yerk
2530 NW 26th Ave
Cape Coral, FL  33993

**FOR PROFESSIONAL SERVICES RENDERED THROUGH:   11/27/2012**
File Number:  04223 - 009058           Title:   Yerk v Lee County Sheriff's Office and Peta

Adjuster:    Jason Yerk

| DATE | ATTY | NARRATIVE | HOURS | RATE | FEES |
|---|---|---|---|---|---|
|  |  |  |  | 0.00 | $0.00 |

**COSTS ADVANCED** — **AMOUNT**

| DATE | ATTY | NARRATIVE | AMOUNT |
|---|---|---|---|
| 07/15/09 | FF | Clerk, U.S. District Court-filing fee | $350.00 |
| 08/13/09 | COUR | FedEx-courier service to Middle District of Florida, CLE | $14.95 |
| 09/08/09 | PARK | Evan Zuckerman-parking in Ft. Myers for Admissions to the Middle District Court | $3.00 |
| 09/08/09 | TRAV | Evan Zuckerman-travel to Ft. Myers for Admissions to the Middle District Court-280 miles @ .550 | $154.00 |
| 12/17/10 | AM | Henderson,Franklin,Starnes, & Holt, P.A.,Attorneys-mediation services | $525.00 |
| 02/16/11 | DT | Capital Reporting Company-video deposition of Kristin DeJournett | $662.50 |
| 02/16/11 | DT | Capital Reporting Company-deposition transcript of Kristin DeJournett | $1,134.90 |
| 02/16/11 | LODG | Attorney-hotel while in Washington D.C. to attend the deposition of Kristin DeJournett of PETA | $497.61 |
| 02/16/11 | OTHR | Attorney-meals while in Washington D.C. to attend the deposition of Kristin DeJournett of PETA | $13.94 |
| 02/16/11 | TRAV | Attorney roundtrip airfare to Washington DC for depositions of PETA's employees. | $1,072.40 |

EXHIBIT D

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/17/11 | DT | Capital Reporting Company-video deposition of Daphna Nachminovitch and Christina Wheeless | $1,100.00 |
| 02/17/11 | DT | Capital Reporting Company-deposition transcripts of Christina Wheeless and Daphna Nachminovitch | $1,666.95 |
| 02/17/11 | OTHR | Attorney-rental car while in Washington D.C. to attend the deposition of Christina Wheeless and Dapha Nachminovitch of PETA | $118.40 |
| 02/17/11 | OTHR | Attorney-meals while in Washington D.C. to attend the deposition of Christina Wheeless and Dapha Nachminovitch of PETA | $24.83 |
| 02/17/11 | PARK | Attorney-parking while in Washington D.C. to attend the deposition of Christina Wheeless and Dapha Nachminovitch of PETA | $45.00 |
| 02/25/11 | R | Office of the Sheriff, Lee County,Florida-records | $25.60 |
| 03/01/11 | DT | Donovan Court Reporting, Inc.-deposition transcript of Jason Yerk | $865.00 |
| 03/01/11 | TRAV | Attorney-travel to Fort Meyers, Florida to attend deposition of client Jason Yerk-280 miles @ $.51 | $142.80 |
| 03/01/11 | TRAV | Attorney-tolls for travel to Fort Meyers, Florida to attend deposition of client Jason Yerk | $2.00 |
| 03/02/11 | DT | Donovan Court Reporting, Inc.-deposition transcripts of Quillermo Quintana, Rosemary Wison, and Melanie Ann Yerk | $1,494.30 |
| 03/02/11 | TRAV | Attorney-travel to Fort Meyers, Florida to attend deposition of Quintana, Wilson and Roberts-280 miles @ $.51 | $142.80 |
| 03/02/11 | TRAV | Attorney-tolls for travel to Fort Meyers, Florida to attend deposition of Quintana, Wilson and Roberts | $2.00 |
| 03/09/11 | WIT | Captain Rairden-witness fee | $10.00 |
| 03/09/11 | WIT | Heidi Heikkila-witness fee | $10.00 |
| 03/09/11 | WIT | Lieutenant Trustal-witness fee | $10.00 |
| 03/10/11 | FF | Lee County Sheriff-filing fees | $120.00 |
| 04/17/11 | DT | Reif King Welch-deposition transcripts of Captain Katryn Rairden, Lieutenant Jeffrey Trustal | $1,967.70 |
| 04/21/11 | COUR | Pineiro Process Serving-service to Jason Yerk, Palm Beach Gardens, FL. | $50.00 |
| 04/22/11 | OP | Bernard F. Pettingill, Jr. Ph.D., Consulting Economist-professional services | $1,500.00 |
| 05/02/11 | FF | Lee County Sheriff's Office-non-criminal case processing fee | $40.00 |
| 05/02/11 | WIT | Dawn Heikkila-witness fee | $10.00 |
| 05/04/11 | SOP | Pineiro Process Servers-service of process on Dawn Heikkila and/or person with the most knowledge, Lee County Sheriff's Office | $110.00 |
| 05/11/11 | CR | U.S. Legal Support, Inc.-attendance fee for the deposition of PWMK:Lee County Sheriff's Office (Dawn Heikkila) | $112.50 |
| 05/11/11 | TRAV | Attorney-travel to Ft. Meyers for deposition of Dawn Heikkila of Lee County's Sheriff's Office taken at U.S. Legal | $135.15 |

| | | | |
|---|---|---|---:|
| | | Support-265 miles @ $.51 | |
| 05/11/11 | TRAV | Attorney-tolls for travel to Ft. Meyers for deposition of Dawn Heikkila of Lee County's Sheriff's Office taken at U.S. Legal Support | $4.00 |
| 05/17/11 | OP | Bernard F. Pettingill, JR.,PH.D, Consulting Economist-professional services | $1,975.00 |
| 05/20/11 | CR | U.S. Legal Support, Inc.-appearance fee; Martin Mecero | $85.00 |
| 05/20/11 | DT | U.S. Legal Support, Inc.-videotaped deposition of Stephanie Bell and Martin Mersereau | $932.50 |
| 05/20/11 | DT | U.S. Legal Support, Inc.-videoteleconference of Stephanie Bell, Martin Mersereau | $1,740.00 |
| 06/08/11 | DT | Donovan Court Reporting, Inc.-deposition transcript of Matthew Bonsall taken 5/26/2011 | $440.90 |
| 06/22/11 | OP | Bernard F. Pettingill, JR. PH.D., Consulting Economist-professional services | $3,507.50 |
| 06/27/11 | CR | Capital Reporting Company-appearance fee for the deposition of the Person with the most knowledge of PETA's webpage. | $270.00 |
| 07/06/11 | COUR | FedEx-service to Judge Steele, U.S. District Court, Fort Meyers, FL | $29.44 |
| 07/14/11 | COUR | FedEx-service to Judge Steele, U.S. District Courthouse, Fort Meyers | $55.66 |
| 09/08/11 | PARK | Attorney-parking at Southern District Federal Court to pick-up Certificate of Good Standing for Purpose of Expediting Attorney Admission | $10.00 |
| 09/08/11 | TRAV | Attorney-travel to Southern District Federal Court to pick-up Certificate of Good Standing for Purpose of Expediting Attorney Admission-47 miles @ $ .555 | $26.09 |
| 10/24/11 | TRAV | Attorney-travel to Fort Meyers, for final pre-trial conference-280 miles @ $ .555 | $155.40 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Gary Kemp | $31.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Deputy John Craven c/o Lee County Sheriff's Office | $31.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Lt. Lee More c/o Lee County Sheriff's Office | $31.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Deputy Travis Jelly c/o Lee County Sheriff's Office | $30.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Abbi Smith c/o Lee County Sheriff's Office | $30.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Sergeant Ryan Bell c/o Lee County Sheriff's Office | $30.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Capt. Kathryn Rairden c/o Lee County Sheriff's Office | $30.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Barry Hillmyer c/o lee County Sheriff's Office | $30.00 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Dawn Heikkila c/o Lee County Sheriff's Office | $30.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Susan Hartmann c/o Lee County Sheriff's Office | $30.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Deputy Matthew Bonsall c/o Lee County Sheriff's Office | $30.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on Heidi Baer c/o Lee County Sheriff's Office | $30.00 |
| 11/07/11 | SOP | Pineiro Process Servers-service of process on records custodian of Lee County's Sheriff's Office | $30.00 |
| 11/10/11 | SOP | Pineiro Process Servers-service of process on Mike Braverman, Esq. | $22.00 |
| 11/17/11 | SOP | Pineiro Process Servers-service of process on Kristin Simon, P.E.T.A. | $30.00 |
| 11/17/11 | SOP | Pineiro Process Servers-service of process on Jeffrey Kerr, P.E.T.A. | $30.00 |
| 11/17/11 | SOP | Pineiro Process Servers-service of process on Martin Mersereau, P.E.T.A. | $30.00 |
| 11/17/11 | SOP | Pineiro Process Servers-service of process on Stephanie Bell, P.E.T.A. | $30.00 |
| 11/17/11 | SOP | Pineiro Process Servers-service of process on Daphna Nachminovitch, P.E.T.A | $30.00 |
| 11/17/11 | SOP | Pineiro Process Servers-service of process on Christina Wheeless, P.E.T.A., non-serve | $30.00 |
| 12/07/11 | COUR | FedEx-service to Berand Petinglill, Jr. | $23.48 |
| 12/08/11 | DT | U.S. Legal Support, Inc.-deposition transcripts of Heidi Baer and Suzan Hartmann taken 5/11/2011 | $247.95 |
| 12/20/11 | COUR | FedExservice to Honorable T. Rawles Jones, Jr. | $16.70 |
| 12/28/11 | SOP | Pineiro Process Servers-service of process on People for the Ethical Treatment of Animals, served upon: Local Registered Agent-CT Corporation System; Ref: Christina Wheeless | $22.00 |
| 12/28/11 | SOP | Pineiro Process Servers-service of process on People for the Ethical Treatment of Animals, served upon: Local Registered Agent-CT Corporation System; Ref: Kristin Simon f/k/a Kristin Dejournett | $22.00 |
| 12/28/11 | SOP | Pineiro Process Servers-service of process on People for the Ethical Treatment of Animals, served upon: Local Registered Agent-CT Corporation System; Daphna Nachminovitch | $22.00 |
| 01/13/12 | SOP | Pineiro Process Servers-service of process on Capt. Kathryn Rairden c/o Liaison for Lee County Sheriff's Office | $30.00 |
| 01/13/12 | SOP | Pineiro Process Servers-service of process on Lt. Joe More c/o Liaison for Lee County Sheriff's Office | $30.00 |
| 01/13/12 | SOP | Pineiro Process Servers-service of process on Deputy John Craven c/o Liaison for Lee County Sheriff's Office | $30.00 |
| 01/13/12 | SOP | Pineiro Process Servers-service of process on Deputy Matthew | $30.00 |

| | | | |
|---|---|---|---|
| | | Bonsall c/o Liaison for Lee County Sheriff's Office | |
| 01/13/12 | SOP | Pineiro Process Servers-service of process on Susan Hartman | $30.00 |
| 01/13/12 | SOP | Pineiro Process Servers-service of process on Dawn Heikkila c/o Lee County Sheriff's Office | $30.00 |
| 01/13/12 | SOP | Pineiro Process Servers-service of process on Heidi Baer c/o Lee County Sheriff's Office | $30.00 |
| 01/13/12 | SOP | Pineiro Process Servers-service of process on Barry Hillmyer | $30.00 |
| 01/13/12 | SOP | Pineiro Process Servers-service of process on Records Custodian of Lee County Sheriff's Office c/o Lee County Sheriff's Office | $30.00 |
| 01/16/12 | WIT | Pineiro Process Serving-witness fees; Heidi Baer, Dawn Heikkila, Susan Hartmann, Records Custodian for Lee County Sheriff's Office, Barry Hillmyer, Joe More, John Craven, Matthew Bonsall, Kathryn Rairden | $135.00 |
| 01/18/12 | DT | Donovan Court Reporting, Inc.-deposition transcript of Melanie Roberts Yerk taken 4/22/2011 | $397.50 |
| 01/19/12 | DT | U.S. Legal Support, Inc.-deposition transcripts of Stephanie Bell and Martin Mercero taken 5/20/2011 | $1,327.00 |
| 01/20/12 | COUR | UPS-service to US District Court | $35.89 |
| 01/20/12 | COUR | UPS-service to Venture Investigations | $27.56 |
| 01/20/12 | COUR | UPS-service to Venture Investigations, 2nd address | $11.00 |
| 01/20/12 | COUR | UPS-service to Venture Investigations, 3nd address | $6.48 |
| 01/23/12 | DT | Capital Reporting Company-DVD/CD Daphna Nachminovitch Christina Wheeless taken 2/17/2011 | $300.00 |
| 01/23/12 | DT | Capital Reporting Company-DVD/CD Kristin DeJournett taken 2/16/2011 | $225.00 |
| 01/24/12 | LODG | Attorney-hotel while in Ft. Meyers for trial 1/24/12 - 1/26/12 | $490.87 |
| 01/24/12 | LODG | Attorney-hotel while in Ft. Meyers for trial, 1/24/12 - 1/26/12 | $490.87 |
| 01/24/12 | MEAL | Attorney-meals while in Ft. Meyers for Trial | $13.10 |
| 01/24/12 | TRAV | Attorney-travel to Ft. Meyers for Trial-280 miles @ $.555 | $155.40 |
| 01/24/12 | TRAV | Attorney-tolls for travel to Ft. Meyers for Trial | $6.00 |
| 01/24/12 | TRAV | Attorney-tolls for travel to Ft. Meyers for trial | $6.50 |
| 01/24/12 | TRAV | Attorney-travel to U.S.Middle District Court in Ft. Meyers for trial in front of Judge Steele-279 miles @ $.555 | $154.85 |
| 01/24/12 | TRAV | Attorney-travel to a trial for Yerk at Ft. Myers courthouse-280 miles @ .555 | $155.40 |
| 01/24/12 | WIT | Daphna Nachminovitch-witness fee | $555.60 |
| 01/25/12 | MEAL | Attorney-meals while in Ft. Meyers for Trial | $6.95 |
| 01/26/12 | MEAL | Attorney-meals while in Ft. Meyers for Trial | $28.62 |
| 01/27/12 | MEAL | Attorney-meals while in Ft. Meyers for Trial | $17.58 |
| 01/27/12 | MEAL | Attorney-meal while in Ft. Meyers for trial | $17.58 |

| | | | |
|---|---|---|---:|
| 01/30/12 | TRAV | Attorney-travel to U.S.Middle District Court in Ft. Meyers for trial in front of Judge Steele-279 miles @ $.555 | $154.85 |
| 01/31/12 | LODG | Attorney-hotel while in Ft. Meyers for trial, 1/31/12 - 2/2/12 (J. Font) | $368.08 |
| 01/31/12 | LODG | Attorney-hotel while in Ft. Meyers for trial, 1/31/12 - 2/2/12 (E. Zuckerman) | $364.08 |
| 01/31/12 | MEAL | Attorney-meals while in Ft. Meyers for Trial | $22.33 |
| 01/31/12 | TRAV | Attorney-travel to Ft. Meyers for Trial-280 miles @ $.555 | $155.40 |
| 01/31/12 | TRAV | Attorney-tolls for travel to Ft. Meyers for Trial | $5.00 |
| 01/31/12 | TRAV | Attorney-travel to trial for Yerk at Ft. Meyers courthouse-280 miles @ .555 | $155.40 |
| 02/01/12 | MEAL | Attorney-meals while in Ft. Meyers for Trial | $41.05 |
| 02/01/12 | MEAL | Attorney-meals while attending trial for Yerk in Ft. Meyers | $28.33 |
| 02/02/12 | MEAL | Attorney-meal while in Ft. Meyers for trial | $14.19 |
| 02/02/12 | MEAL | Attorney-meals while in Ft. Meyers for Trial | $50.04 |
| 02/02/12 | MEAL | Attorney-meals while attending trial at Ft. Meyers | $50.12 |
| 02/13/12 | SOP | Pineiro Process Servers-service of process on Deputy Travis Jelly c/o Liaison for Lee County Sheriff's Office served on 1/20/2012 | $60.00 |
| 05/24/12 | COUR | FedEx- service to Judge T Rawles Jones Jr. | $36.75 |
| 05/24/12 | COUR | FedEx-service to Clerk of Court, Albert Bryan US Courthouse | $66.52 |
| 11/27/12 | C | Photocopies | $217.50 |
| 11/27/12 | E101 | Copying | $3,581.10 |
| 11/27/12 | P | First Class Postage | $125.44 |
| | | | $34,644.88 |

**TOTALS FOR MATTER NO. 009058**  **$34,644.88**

TOTAL AMOUNT DUE UPON RECEIPT OF INVOICE (REVIEW COST PLUS INTEREST AT THE RATE OF 1% PER MONTH PAYABLE ON PAST DUE INVOICES)
IF WE DO NOT HEAR FROM YOU WITHIN 30 DAYS OF RECEIPT OF THIS INVOICE, WE WILL ASSUME THIS INVOICE IS CORRECT.